**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hadi Tabbara,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Chertoff, Alberto Gonzales, Emilio T. Gonzalez, Robert S. Mueller, Robert J. Okin, et. al.,<br><br>    Defendants | No. CV-07-390-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendants' Stipulated Motion to Enlarge the Deadline to Respond to Plaintiff's Motion for Summary Judgment (Doc. 13). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendants' Stipulated Motion to Enlarge the Deadline to Respond to Plaintiff's Motion for Summary Judgment (Doc. 13).

**IT IS FURTHER ORDERED** that Defendants shall file their Response no later than **September 10, 2007.**

DATED this 9th day of August, 2007.

Stephen M. McNamee
United States District Judge