**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hadi Tabbara, | No. CV-07-390-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Chertoff, Alberto Gonzales, Emilio T. Gonzalez, Robert S. Mueller, Robert J. Okin, et. al., | |
| Defendants | |

Having Received Defendant's Motion for Enlargement of Time Limitations and finding good cause therein,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Enlargement of Time Limitations. Defendants shall have to and including September 28, 2007, within which the parties will either file a **Stipulation of Dismissal** or Defendants will respond to Plaintiff's Motion for Summary Judgment.

DATED this 13th day of September, 2007.

Stephen M. McNamee
United States District Judge