**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hadi Tabbara,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Chertoff, Alberto Gonzales, Emilio T. Gonzalez, Robert S. Mueller, Robert J. Okin, et. al.,<br><br>　　　　Defendants | No. CV-07-390-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 19]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 19] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 18th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge